■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN M. MINEMIER, Appellant. (Appeal No. 2.) [997 NYS2d 662]— Appeal from an amended sentence of the Monroe County Court (Victoria M. Argento, J.), rendered March 14, 2013. The amended sentence directed defendant to pay restitution in the amount of $34,501.08.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Minemier* ([appeal No. 1] 124 AD3d 1408 [2015]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.